FRANK HOLDEN and Another, Respondents, v. A. & K. BUILDERS SUPPLIES, INCORPORATED, and Others, Appellants.— Judgment modified on the law and facts by reducing the money judgment to the sum of $180 against the corporation defendant, and as so modified affirmed, with costs to the respondents. Finding of fact No. 73 modified. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HENRY J. DRAVES and Another, Appellants, v. CARL F. SALHOFF and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLIAM SCHAFFER, as Trustee in Bankruptcy of RAYMOND A. WOOD, Respondent, v. EDWARD WELKLEY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LOCK CITY THEATRES, INCORPORATED, Appellant, Respondent, v. LOCKPORT OPERATING CORPORATION and Others, Appellants, Respondents, Impleaded with Another, Defendant.— Order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DAISY S. SCHEU, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18334.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HOMAC CORPORATION and Others, Respondents, v. SUN OIL COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [137 Misc. 551.]

EMMET N. TEATS, Respondent, v. EDWARD J. DOYLE and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ADVERTISING INDUSTRIES, INCORPORATED, Respondent, v. DOLLAR SHARE CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law and facts and for granting a new trial. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PETER MICHAELS, Appellant, v. HERMAN SINGLE and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [138 Misc. 446.]

ROMANO DEGLIEQUI, Appellant, v. HIGHWAY PRODUCTS AND MANUFACTURING COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the law and for granting a new trial on the ground of errors in the charge. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROMANO DEGLIEQUI, Appellant, v. RAYMOND T. LANE, Respondent.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the law and for granting a new trial on the ground of errors in the charge. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

RAYMOND T. LANE, Respondent, v. BERO ENGINEERING CONSTRUCTION CORPORATION and ROMANO DEGLIEQUI, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial on the ground of